# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

BIZJET INTERNATIONAL SALES AND )
SUPPORT, INC., )
                                )
         Plaintiff, )
v. )     Case No. 13CV-795 GKF-PJC
                                )
MAVERICK 8 TRANSPORTATION, LLC, )
                                )
         Defendant. )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Bizjet International Sales and Support, Inc.
[name of party]

who is a (check one) ☑ PLAINTIFF ☐ DEFENDANT in this action, makes the following disclosure:

1.    **Is party a publicly held corporation or other publicly held entity?**

        (Check one)   ☐ YES     ☑ NO

2.    **Does party have any parent corporations?**

        (Check one)   ☑ YES     ☐ NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

Plaintiff's parent corporation is Lufthansa Technik North America Holding, Corp., whose parent is Lufthansa Technik AG, whose parent is Lufthansa AG.

3.      **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

        (Check one)   ☐ YES      ☒ NO

If YES, identify all such owners:

4.      **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

        (Check one)   ☐ YES      ☒ NO

If YES, identify entity and nature of interest:

5.      **Is party a trade association?**

        (Check one)   ☐ YES      ☒ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 17th day of December, 2013.

s/Susan E. Huntsman
Michael J. Gibbens, OBA #3339
Susan E. Huntsman, OBA #18401
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
mike.gibbens@crowedunlevy.com
susan.huntsman@crowedunlevy.com
ATTORNEYS FOR BIZJET INTERNATIONAL
SALES AND SUPPORT, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

and served the same document by

☒ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Maverick 8 Transportation, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

s/Susan E. Huntsman
Susan E. Huntsman